**Helen KELLNER, Appellant,**

v.

**COMMISSIONER OF INTERNAL REVENUE, Appellee.**

**No. 218, Docket 72-1103.**

United States Court of Appeals, Second Circuit.

Argued Oct. 30, 1972.

Decided Oct. 31, 1972.

Louis A. Bradbury, Atty., Tax Div., Dept. of Justice, Washington, D. C. (Scott P. Crampton, Asst. Atty. Gen., Meyer Rothwacks and Leonard J. Henzke, Jr., Attys., Washington, D. C., on the brief), for appellee.

Before LUMBARD, FEINBERG and OAKES, Circuit Judges.

PER CURIAM:

We affirm the judgment of the Tax Court on the memorandum opinion of Judge Tannenwald, 30 CCH Tax Ct. Mem. 448 (filed May 13, 1971).

**Lucy F. WILKERSON, Plaintiff-Appellant,**

v.

**Elliot L. RICHARDSON, Secretary of Health, Education and Welfare, Defendant-Appellee.**

**No. 72-2412**

**Summary Calendar.***

United States Court of Appeals, Fifth Circuit.

Nov. 6, 1972.

* Rule 18, 5 Cir.; see Isbell Enterprises, Inc. v. Citizens Casualty Company of

Maxine T. McConnell, Walter W. Steele, Jr., Dallas, Tex., for plaintiff-appellant.

Eldon B. Mahon, U. S. Atty., Dallas, Tex., Morton Hollander, Thomas J. Press, Attys., Dept. of Justice, Washington, D. C., for defendant-appellee.

Before BELL, DYER and CLARK, Circuit Judges.

PER CURIAM:

The district court found that the decision of the Secretary of Health, Education and Welfare denying appellant disability benefits was supported by substantial evidence. We agree. The judgment is

Affirmed.